WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-714—

BUNNY BREAD COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed March 3, 1975.*

BUNNY BREAD COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 75-CC-720—

BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES, et al., Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS OFFICE OF EDUCATION, Respondent.

*Opinion filed March 3, 1975.*

KENNETH G. KOMBRINK, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.